No. 71–5473.  MILLER *v.* OHIO.  Ct. App. Ohio, Wayne County.  Certiorari dismissed, it appearing that petitioner died on November 1, 1971.

No. A–357.  BELL *v.* UNITED STATES.  D. C. E. D. Tex.  Application for reconsideration of bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–574.  SMITH *v.* NEW YORK.  Ct. App. N. Y. Application for bail denied.

No. A–659.  CHASON *v.* UNITED STATES.  C. A. 2d Cir.  Renewed application for stay and bail denied.

No. 70–36.  PERRY ET AL. *v.* SINDERMANN.  C. A. 5th Cir.  [Certiorari granted, 403 U. S. 917.]  Request for two counsel to argue on behalf of petitioners denied.

No. 70–72.  UNITED STATES *v.* CHAS. PFIZER & Co., INC., ET AL.  C. A. 2d Cir.  [Certiorari granted, 402 U. S. 942.]  Motion of respondents for additional time for oral argument and for three counsel to argue denied. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 70–74.  PIPEFITTERS LOCAL UNION No. 562 ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  [Certiorari granted, 402 U. S. 994.]  Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 70–5012.  MILTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  [Certiorari granted, 403 U. S. 904.]  Motion of J. Robert Olian for leave to argue *pro hac vice* on behalf of respondent granted.